✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** **II**          **Investigating Agency** **FBI**

**City** **TISBURY**          **Related Case Information:**

**County** **DUKES**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number       22-MJ-1536DLC
Search Warrant Case Number 22-MJ-1540-1542-DLC; 22-MJ-1551-1553-DLC; NH 22-MJ-246-248-AJ
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    OMAR ODION JOHNSON          Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name    _____

Address    (City & State) CANTERBURY, NEW HAMPSHIRE

Birth date (Yr only): 1983  SSN (last4#): 1638  Sex M    Race: _____    Nationality: JAMAICAN

**Defense Counsel if known:**    _____    Address _____

**Bar Number**    _____          _____

**U.S. Attorney Information:**

**AUSA**    Meghan C. Cleary/Kenneth G. Shine          Bar Number if applicable    _____

**Interpreter:**    ☐ Yes ☑ No          List language and/or dialect:    _____

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes ☐ No

**Matter to be SEALED:**    ☐ Yes ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**    11/19/2022

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at DUKES COUNTY HOC    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: December 1, 2022    Signature of AUSA:

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    OMAR ODION JOHNSON

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 2113(a) and (d), 2 | ARMED BANK ROBBERY; AIDING AND ABETTING | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013